1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
  H. PAUL EFSTRATIS, SB# 242373
2    E-Mail: Paul.Efstratis@lewisbrisbois.com
  45 Fremont Street, Suite 3000
3 San Francisco, California 94105
  Telephone: 415.362.2580
4 Facsimile: 415.434.0882

5 Attorney for Defendant Ford Motor Company

6 **RICHARD C. DALTON, LLC**
  RICHARD C. DALTON, SB# 268598
7    E-Mail: rick@rickdalton.law
  P.O. Box 358
8 Carencro, Louisiana 70520-0358
  Telephone: 337.371.0375

9
  Attorney for Plaintiff Christopher G. Jones
10

11
                    UNITED STATES DISTRICT COURT
12
         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
13

14
| CHRISTOPHER G. JONES, | Case No. 3:22-cv-01066-~~JCS~~ CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** ORDER |
| vs. | District Judge:   Hon. Dale S. Fischer |
| FORD MOTOR COMPANY, | [Filed concurrently with [Proposed] Order] |
| Defendant. | |

20
          **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**
21
     Plaintiff Christopher G. Jones and Defendant Ford Motor Company hereby stipulate under
22
Federal Rules of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all
23
claims, causes of action and parties. The parties respectfully request that the Court dismiss this case
24
in its entirety as a result of the dismissal.
25
///
26
///
27
///
28

93737501.2                                      1                         Case No. 3:22-cv-01066-JCS
                              JOINT STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: August 1, 2023 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | By: */s/ H. Paul Efstratis* |
| 3 | | H. Paul Efstratis |
| | | Attorney for Defendant FORD MOTOR COMPANY |

DATED: August 1, 2023                    RICHARD C. DALTON, LLC

By: */s/ Richard C. Dalton*
Richard C. Dalton
Attorney for Plaintiff CHRISTOPHER G. JONES



93737501.2         2         Case No. 3:22-cv-01066-JCS
JOINT STIPULATION OF DISMISSAL

**FEDERAL COURT PROOF OF SERVICE**
Jones v. Ford Motor Company
Case No. 3:22-cv-01066-JCS

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 45 Fremont Street, Suite 3000, San Francisco, CA 94105. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 1, 2023, I served the following document(s):

**JOINT STIPULATION OF DISMISSAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Richard C. Dalton<br>Richard C. Dalton, LLC<br>P.O. Box 358<br>Carencro, Louisiana 70520-0358<br>Attorney for Plaintiff | Telephone: (337) 371-0375<br>Email: rick@rickdalton.law |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 1, 2023, at San Francisco, California.

*/s/ Charmaine Villavert*
Charmaine Villavert

1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   H. PAUL EFSTRATIS, SB# 242373
2     E-Mail: Paul.Efstratis@lewisbrisbois.com
   45 Fremont Street, Suite 3000
3  San Francisco, California 94105
   Telephone: 415.362.2580
4  Facsimile: 415.434.0882

5  Attorney for Defendant Ford Motor Company

6  **RICHARD C. DALTON, LLC**
   RICHARD C. DALTON, SB# 268598
7     E-Mail: rick@rickdalton.law
   P.O. Box 358
8  Carencro, Louisiana 70520-0358
   Telephone: 337.371.0375
9
   Attorney for Plaintiff Christopher G. Jones

10

11

12              UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  CHRISTOPHER G. JONES,              Case No. 3:22-cv-01066 ~~JCS~~ CRB

16        Plaintiff,                   **[~~PROPOSED~~] ORDER**

17        vs.                          District Judge: Hon. Charles R. Breyer

18  FORD MOTOR COMPANY,                [Filed Concurrently with Stipulation of Dismissal]

19        Defendant.

20

21        Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule

22  41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims,

23  causes of action and parties. The clerk is directed to close the file.

24  DATED: August 2, 2023

25

26                                           _____
27                                           Hon. Charles R. Breyer
                                             US District Judge
28

93740417.2                                                      Case No. 3:22-cv-01066-JCS

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER